E-FILED
Monday, 22 August, 2011 11:21:55 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

AUG 22 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Duncan E. Simpson,
                    Plaintiff

            vs.

Ill. Dept. of Employment
Security

                    Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 11-2199
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐    42 U.S.C. §1983 (state, county or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒    Other federal law:  Disability Discrimination

☐    Unknown _____

_____

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Duncan Eric Simpson

Prison Identification Number: _____

Current address: 1304 Ellis Dr     Urbana, IL, 61801

_____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Illinois Dept. of Employment Security

Current Job Title: _____

Current Work Address 1307 N Mattis   Champaign, IL. 61820

_____

Defendant #2:

Full Name: Illinois Dept. of Employment Security

Current Job Title: _____

Current Work Address Po Box 802551, Chicago, IL 60680

_____

Defendant #3:

Full Name: _____

2

Current Job Title: _____

Current Work Address _____

_____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☐          N/A

3

C.  If your answer to B is yes, how many? _____  Describe the lawsuit(s) below.

    1.  Name of Case, Court and Docket Number

_____

    2.  Basic claim made _____

    3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

    *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒  No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?  Yes ☐  No ☒

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  1307 N Mattis, Champaign, IL 61820

Date(s) of the occurrence  Oct. 18th 2010, Jan 14, 2011, Mar 8, 2011, Mar 21, 2011

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I have been diagnoised with "Sleep Apnea" in Dec 2008, on Jan 14th 2011 I recieved a written Reprimand for sleeping on the job back in Oct 2010.

On March 8, 2011 I was written up again for Sleeping.

On March 21st, 2011 I Attended a pre-disciplinary hearing for the Mach 8th incident & the Jan 14 incident.

On April 20th, 2011 I was suspended with out pay from April 25th to May 1st, 2011.

On May 2nd 2011 I filed harassment charges against the Center Manager Gwen Dupree-Pryor thru the Union. I was also given a notice of Non-scheduling to take every Thur. off beginning May 5th, 2011. On the 6th of May I was given another notice of Non-Scheduling stating that has of May 9th 2011 I being Non-scheduling Until further notice and as yet have not been called back to work.

5

RELIEF REQUESTED

(State what relief you want from the court.)

I would like to be paid for the week I was suspended plus 5 yrs worth of my salary & court costs.

JURY DEMAND        Yes ☐        No ☒

Signed this __22nd__ day of __August__ , 20_11_.

_Duncan E. Simpson_
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| DUNCAN E. SIMPSON | |
| Address: P.O. Box 121 Urbana, IL 61803 | Telephone Number: 217-390-0624 |