# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

---

| | |
|---|---|
| DUNCAN E. SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 11-CV-2199 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| EMPLOYMENT SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendation (#15) was filed by Magistrate Judge David G. Bernthal in the above cause on February 3, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendant's Motion to Dismiss (#11) is GRANTED and Plaintiff's Complaint (#1) is dismissed.

(3) This case is terminated.

ENTERED this 22nd day of February, 2012

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE