Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **DUNCAN E SIMPSON** | ) |
| | ) |
| | ) |
| vs. | ) Case Number: **11-2199** |
| | ) |
| | ) |
| **IL DEPT OF EMPLOYMENT SECURITY** | ) |
| | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above captioned case is dismissed.

**Dated:**  2/22/12

                                             s/ Pamela E. Robinson
                                             Pamela E. Robinson
                                             Clerk, U.S. District Court